| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dales, Scott W. | U.S. Bankruptcy Court, W.D. MI | 5/15/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final | 01/01/2011 to 12/31/2011 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

US Bankruptcy Court, WD Mich
One Division, North Room 210
Grand Rapids, MI 49503

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dales, Scott W. | 5/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Kalamazoo Community Foundation (Wages) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Assn (Western Michigan Bankr. Section) | July 28-30, 2011 | Boyne City, MI | Panelist at Bar Assn Mtg | Lodging for 2 nights |
| 2. | Institute for Continuing Legal Education (University of Michigan) | Feb. 1-2, 2011 | Plymouth, MI | Panelist at legal education seminar | Lodging, meals, mileage for 1 night trip |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dales, Scott W. | 5/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dales, Scott W. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Comcast Corp Class A Common | A | Dividend | J | T | | | | | See Part VIII |
| 2. AT&T | A | Dividend | J | T | | | | | See Part VIII |
| 3. Alcatel Lucent Common | | None | J | T | | | | | See Part VIII |
| 4. Vodafone Group PLC | A | Dividend | J | T | | | | | See Part VIII |
| 5. Verizon Communications Common Stock | A | Dividend | J | T | | | | | See Part VIII |
| 6. QWest Communications Int'l, Inc. | A | Dividend | | | Merged (with line 7) | 04/01/11 | J | | See Part VIII |
| 7. CenturyLink, Inc. Common (fka Qwest Communications Int'l) | A | Distribution | J | T | | 04/01/11 | J | | See Part VIII |
| 8. Frontier Communications Corp. | | None | J | T | | | | | See Part VIII |
| 9. Trustco Bank Corp. NY Common (UTMA) | A | Dividend | J | T | | | | | |
| 10. Met Life Policy Holders Trust | A | Dividend | J | T | | | | | |
| 11. Kalamazoo Community Foundation 401(k) and 403(b) (JDD) | A | Dividend | K | T | | | | | |
| 12. TIAA-CREF 403(b) Retirement Fund (JDD) | A | Dividend | K | T | Distributed (part) | 01/31/11 | J | | See Part VIII |
| 13. American Funds 529A Accounts accounts) | A | Dividend | L | T | | | | | |
| 14. Principal Financial Group Variable Universal Life (SWD) | A | Dividend | J | T | | | | | |
| 15. Principal Financial Group Variable Universal Life (JDD) | A | Dividend | J | T | | | | | |
| 16. Lake Michigan Federal Credit Union | A | Int./Div. | J | T | | | | | |
| 17. PNC Bank (Deposit Accounts) | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 1-8: The stock interests in the "Baby Bells" and their successors are the product of a gift                    These "Baby Bell" assets on Lines 1-8 are disclosed though below the reporting threshhold.

Part VII, line 6-7:                received a "cash in lieu" payment in a de minimus amount, representing payment for a fractional distribution from the merger of Qwest Communications and CenturyLink, Inc on or about April 1, 2011, in connection with the merger. The company is now known as CenturyLink, Inc.

Part VII, line 11: the Kalamazoo Community Foundation retirement plan reported "gains" which I assume take the form of reinvested tax-deferred dividends or other return on investment. This is                retirement account.

Part VII, line 11: the TIAA-CREF reported "gains" which I assume take the form of reinvested tax-deferred dividends or other return on investment. In addition,                liquidated a portion of this account to fund a portion of our purchase of a second home in January, 2011.

Part VII, line 13: Regarding the American Funds 529 (college savings)                made regular monthly deposits during the reporting period.      have invested              529 Accounts with American Funds in the following mutual funds: AMERICAN FUNDS FUNDAMENTL INVS 529A; AMERICAN FUNDS GR FND OF AMER 529A;  CAPITAL WORLD GROWTH AND INCOME-529A; THE INCOME FUND OF AMERICA-529A

Part VII, , lines 14-15: The investment component of these Principal Financial Services policies are invested in the following subaccounts or funds:BOND & MORTGAGE SECURITIES PVC 1; DIVERSIFIED INTERNATIONAL PVC 1; DRY VAR INV OPP SM CAP PORT -SRVC SH; EQUITY INCOME ACCOUNT I; INVESCO V.I. CORE EQUITY FD-SERIES II; LARGECAP BLEND II PVC 1; LARGECAP GROWTH I PVC 1; MIDCAP BLEND PVC 1; VIP EQUITY INC PORTFOLIO-SERVICE. My contact at Principal Financial Services estimated the gain on the Variable Universal Life Policies, given that a portion of this product is insurance and a portion, investment.

NB: The retirement plan of my former employer, National City Bank, evidently settled another class action or similar claim brought on behalf of former employee-participants.  Unbeknownst to me, the plan created or revived an account for me and credited $393.44 t to this account representing my share as former participant/class member.  I promptly rolled over the funds to my Thrift Savings Plan account, which does not appear on this report.  Because I did not hold any interest in the plan on the last day of the reporting period, it is not reflected on Part VII.

| Name of Person Reporting | Date of Report |
|---|---|
| Dales, Scott W. | 5/15/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Scott W. Dales**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544